# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MARISSA MEDINA CHAVEZ, et al., | No.  2:25-cv-3158-DMC |
| Plaintiffs, | |
| v. | ORDER |
| NISSAN NORTH AMERICA, INC., | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action.  The matter is set for an initial status/scheduling conference before the undersigned on February 25, 2026, at 10:00 a.m., via Zoom.  On or before February 18, 2026, the parties shall meet and confer and file with the Court an updated joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

IT IS SO ORDERED.

Dated:  January 12, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1