**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARISSA MEDINA CHAVEZ, et al., | No.  2:25-cv-3158-DMC |
| Plaintiffs, | |
| v. | ORDER |
| NISSAN NORTH AMERICA, INC., | |
| Defendant. | |

Plaintiffs, who are proceeding with retained counsel, bring this civil action.  On February 24, 2026, the parties submitted a stipulated protective order for the Court's approval.  See ECF No. 13.  The stipulated protective order, which is signed by counsel for all parties, is hereby approved and is the order of the Court.

IT IS SO ORDERED.

Dated:  March 4, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1